No. 1316. JONES *v.* RAGEN, WARDEN. Petition for writ of certiorari to the Criminal Court of Cook County and Circuit Court of Will County, Illinois;

No. 1330.   FLEEGER *v.* RAGEN, WARDEN.   Petition for writ of certiorari to the Criminal Court of Cook County, Illinois;

No. 1331.   SOROSS *v.* RAGEN, WARDEN.   Petition for writ of certiorari to the Criminal Court of Cook County, Illinois;

No. 1332.   BAXTER *v.* RAGEN, WARDEN.   Petition for writ of certiorari to the Circuit Court of Will County, Illinois; and

No. 1333.   BRILL *v.* RAGEN, WARDEN.   Petition for writ of certiorari to the Criminal Court of Cook County, Illinois.   May 19, 1947.   Denied.